IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00514-MEH

LEXURY AUTO COLLECTION, LLC,

      Plaintiff,

v.

MAKSIM ROZENFELD, a/k/a Matt Rosen, and
MANHATTAN MOTORS, INC.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2015.**

      Before the Court is Plaintiff's Verified Motion for Entry of Default Judgment [filed July 24, 2015; docket #12]. Nothing in the motion indicates that Plaintiff intends to file the motion *ex parte* and the Court perceives no reason to do so. In contravention of Fed. R. Civ. P. 5(d)(1), the motion contains no certificate of service on the Defendants' last known address(es). Accordingly, the motion is **denied without prejudice**.