IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 15-cv-00514-CMA

LEXURY AUTO COLLECTION, LLC,

    Plaintiff,

v.

MAKSIM ROZENFELD, a/k/a Matt Rosen, and
MANHATTAN MOTORS, INC.,

    Defendants.

---

## ORDER GRANTING DEFAULT JUDGMENT

---

This matter is before the Court on Plaintiff's Amended Motion for Entry of Default Judgment (Doc. # 16), as well as Plaintiff's Response to Order to Show Cause (Doc. # 22).  The Court has read and reviewed the Motion, the Response, and the documents on file with this Court, and being fully advised in the premises, finds as follows:

1. The Defendants named in this action, Maksim Rozenfeld and Manhatten Motors, Inc., have been properly served (Doc. ## 5, 6),[1] and the Court has jurisdiction over all parties and of the subject matter of this action;

2. Venue has been considered and is proper; and

---

[1] Defendant Rozenfeld was properly served under New York CPLR § 308(4), which allows for so-called "Nail and Mail" service if repeated attempts at personal service have failed.  (Doc. # 12-2.)

3. Defendants failed to answer or otherwise respond as required by the Federal Rules of Civil Procedure, and the Court is satisfied that neither Defendant is in the active military service of the United States or is an infant, an officer or agent of the State of Colorado, or an incompetent person.

Accordingly, it is ORDERED that:

1. Default judgment is entered in favor of Plaintiff and against Defendants Maksim Rozenfeld, a/k/a Matt Rosen, and Manhatten Motors, Inc., jointly and severally, in the total amount of **$110,943.50** (representing $107,162.00 in general damages and $3,781.50 in pre-judgment interest, calculated from March 11, 2015 to August 19, 2015, Colo. Rev. Stat. §§ 5-12-101 and -102);

2. Post-judgment interest shall accrue thereon at the statutory rate of 8% per annum from the date of this Order.

DATED:   August 25, 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge